

# Fourth Court of Appeals
## San Antonio, Texas

July 13, 2022

No. 04-21-00292-CV

**TEXAS DEPARTMENT OF TRANSPORTATION,**
Appellant

v.

**C-5 HOLDINGS, LLC AND STONE OAK STORAGE PARTNERS, LTD.,**
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-23191
Honorable Norma Gonzales, Judge Presiding

# O R D E R

The appellant has timely filed a motion requesting an extension of time to file a motion for rehearing and a motion for en banc reconsideration. The motion for extension of time is GRANTED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of July, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court